## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY MOORE,

      Petitioner,
JUDGMENT IN A CIVIL CASE

v.
Case No. 17-cv-771-wmc

SCOTT ECKSTEIN, Warden,
Green Bay Correctional Institution,

      Respondent.

---

     This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

petitioner Rodney Moore's petition for a writ of habeas corpus under 28 U.S.C. §2254

without prejudice for petitioner's failure to obtain the authorization required by 28

U.S.C. § 2244(b)(3)(A).


     /s/
5/4/2018

_____     _____

    Peter Oppeneer, Clerk of Court
Date